AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Paul B. Evans

V.

United States of America

**SUMMONS IN A CIVIL ACTION**

CASE

CASE NUMBER 1:06CV01713

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 10/05/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~'S ATTORNEY~~ _pro se_ (name and address)

Paul B. Evans,
Box 625,
Coulee City, Washington 99115

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT - 4 2006

CLERK                                DATE

_____
(By) DEPUTY CLERK

RECEIVED

NOV - 3 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-19-2006 |
| NAME OF SERVER *(PRINT)* ShirleyRae Maes | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
USPS Registered mail # RA 239 680 123

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-31-06
            Date              Signature of Server

Box 455, Coulee City, WA 99115
Address of Server

Case 1:06-CV-01713-JDB
Alberto Gonzales  U.S. Attorney General

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.