UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL B. EVANS,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 06-1713 (JDB) |

### ORDER

Defendant filed a motion to dismiss on December 18, 2006. Plaintiff is representing himself. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendant's motion to dismiss by not later than January 8, 2007. If plaintiff does not respond, the Court may grant the motion as conceded and dismiss the complaint.

SO ORDERED.

                                                      /s/
                                         JOHN D. BATES
                                United States District Judge

Dated:   December 22, 2006