RECEIVED

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## IN THE DISTRICT OF COLUMBIA

Paul B. Evans,

                  Case No. 1:06-cv-01713 JDB

       Plaintiff(s),

v.

United States

       Defendant.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: 01/08, 2007

_Paul B. Evans_
Paul B. Evans

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated  01/08 , 2007

_Paul B. Evans_
Paul B. Evans