# United States District Court
## IN THE DISTRICT OF COLUMBIA

R. Scott Puhn, *et ux*

        Plaintiff(s),

v.

United States

        Defendant.

Case No. 1:06-cv-01713 JDB

**RECEIVED**

FEB 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: January 31, 2007

_____
R. Scott Puhn

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated January 31, 2007

*[signature]*

R. SCOTT PUHN