# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**PAUL B. EVANS,**

    **Plaintiff,**

      **v.**                                    Civil Action No.  06-1713 (JDB)

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER

Upon consideration of [5] defendant's motion to dismiss, and for the reasons stated in the accompanying memorandum opinion, it is hereby

    **ORDERED** that the motion is **GRANTED**; and it is further

    **ORDERED** that this action is **DISMISSED** without prejudice.


                                   _____
                                        /s/
                                   JOHN D. BATES
                          United States District Judge

Date:   March 21, 2007